THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ANDRE L. STAPLER, Appellant.

*People* v. *Stapler*, 179 App. Div. 881, affirmed.

(Argued April 30, 1918; decided May 14, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1917, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Clark L. Jordan* for appellant.

*Edward Swann, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ. Dissenting: CRANE, J.